**Order filed, November 17, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00299-CV

_____

### KANESHIA ALLEN-MCCULLY, Appellant

### V.

### WELTON RAY MCCULLY JR., Appellee

---

**On Appeal from the 279th District Court
Jefferson County, Texas
Trial Court Cause No. F-222,507**

---

## ORDER

The reporter's record in this case was due **April 20, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Angie Morman**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM